The Al-Shabazz Law Group, P.C.
244-16 Jericho Turnpike
Floral Park, New York 11001
(718) 730-3108
Ikieshalaw@gmail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/19

August 14, 2019

**VIA ECF**
Honorable Judge Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   United States v. Bryan Duncan, et al., Ind.# 18 Cr 289

Dear Honorable Judge Stein,

I am retained counsel for Defendant Bryan Duncan in the above-referenced case. As you are aware, Mr. Duncan was convicted before a jury trial and is scheduled for sentencing before Your Honor on September 10, 2019.

By this letter, Mr. Duncan request a two-month adjournment of his sentencing as counsel needs additional time to prepare. Counsel filed a motion to set aside the verdict on July 9, 2019. The Government responded on August 9, 2019 and defense Reply is due August 23, 2019.

In addition, we have just received the initial Pre-Sentencing Report, dated July 31, 2019. We have not received the final report, however, based on the initial report, counsel intends to file an objection to same. Lastly, Counsel needs additional time to prepare a pre-sentence memorandum pursuant to 18 U.S.C. §3553(a).

Lastly, Counsel is recovering from surgery, along with personal and professional obligations, this adjournment is much needed. Counsel has been in touch with AUSA Nicholas Folly and the Government has no objection to this request.

Mr. Duncan respectfully request the court grant the relief herein requested. Thanking the Court in advance for its consideration.

Respectfully Submitted,
*Ikiesha Al-Shabazz*
Ikiesha Al-Shabazz, Esq.

[Handwritten endorsement: The sentencing is adjourned to Nov. 14 at 3:30pm. Defense submissions are due by 10/24, government submissions are due by 10/31.

SO ORDERED 8/14/19

SIDNEY H. STEIN
U.S.D.J.]