

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 16, 2019

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/16/19

**BY EMAIL/ECF**

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Bryan Duncan*, S1 18 Cr. 289 (SHS)

**MEMO ENDORSED**

Dear Judge Stein:

The Government respectfully submits this letter to request a brief adjournment of the sentencing of Bryan Duncan, currently scheduled for November 14, 2019. The defendant consents to this request. The reason for the request is due to conflicting trial schedules that will prevent members of the prosecution team from participating in the sentencing. We would therefore respectfully request the sentencing be adjourned to a new sentencing date in January, which we understand is convenient for defense counsel.

Very truly yours,

GEOFFREY S. BERMAN
United States Attorney

by: ___/s/___
Nicholas Folly
Alexandra Rothman
Nicholas Chiuchiolo
Assistant United States Attorneys
(212) 637-1060/2580/1247

cc: Ikiesha Al-Shabazz, Esq. (by ECF)

*The sentencing is adjourned to January 7, 2020, at 2:30 p.m. Defense submissions remain due on Oct. 24, government submissions remain due on Oct. 31.*

SO ORDERED 10/16/19

SIDNEY H. STEIN
U.S.D.J.