The Al-Shabazz Law Group, P.C.
244-16 Jericho Turnpike
Floral Park, New York 11001
(718) 730-3108
Ikieshalaw@gmail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/19

November 12, 2019

**VIA ECF**
Honorable Judge Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: United States v. Bryan Duncan, et al., Ind.# 18 Cr 289

Dear Honorable Judge Stein,

As you know, I am retained counsel for Defendant Bryan Duncan in the above-referenced case. I write to respectfully request Your Honor authorize Pre-trial services to accept Mr. Duncan's objections to the Pre-Sentence Investigation Report dated October 7, 2019.

On May 28, 2019, Mr. Duncan was convicted after a jury trial of counts 1 (Conspiracy to commit mail/wire fraud) and Counts 4, 5 and 6 (Conspiracy and Substantive wire and mail fraud) of the Superseding indictment. The jury failed to reach a verdict on counts 2 and 3 (substantive wire fraud and mail fraud).

Mr. Duncan filed a motion for a new trial and to set aside the verdicts pursuant to Fed. Rule 29/33. The Court denied Mr. Duncan's motion in a decision dated November 7, 2019.

Mr. Duncan is scheduled to be sentenced before your Honor on January 7, 2019. Defense sentencing submissions are due on December 6, 2019.

Since the verdict, I have been working diligently on the post-conviction relief motions, as well as dealing with personal medical issues which include surgery at the end of July as well as extensive visits to Retina specialist to address my vision loss. I have contacted Pre-trial services officer Katrina Minus-Shepard, who has instructed counsel to seek court approval for said objections. She otherwise, has registered no objection.

Counsel most respectfully ask to the Court to grant the request made herein.

*[Handwritten endorsement:]* Def.'s objections to the PSR are due by 11/15. The final revised PSR is due by 12/11, def.'s submissions due 12/18, the government's submissions due by 12/24. No adjournments.

SO ORDERED 11/12/19

*[Signature]*
SIDNEY H. STEIN
U.S.D.J.