The Al-Shabazz Law Group, P.C.
244-16 Jericho Turnpike
Floral Park, New York 11001
(718) 730-3108
Ikieshalaw@gmail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/25/19

November 25, 2019

**VIA ECF**
Honorable Judge Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   United States v. Bryan Duncan, et al., Ind.# 18 Cr 289

Dear Honorable Judge Stein,

As you know, I am retained counsel for Defendant Bryan Duncan in the above-referenced case. Mr. Duncan writes to respectfully request an order modifying his current release conditions.

On May 28, 2019, Mr. Duncan was convicted after a jury trial of counts 1 (Conspiracy to commit mail/wire fraud) and Counts 4, 5 and 6 (Conspiracy and Substantive wire and mail fraud) of the Superseding indictment. The jury failed to reach a verdict on counts 2 and 3 (substantive wire fraud and mail fraud).

Mr. Duncan is scheduled to be sentenced before your Honor on January 7, 2019.

Mr. Duncan seeks an order granting permission to modify his work conditions. Currently, Mr. Duncan is permitted to work from 7am-5pm. Mr. Duncan seeks permission to work until closing time, 7pm. Mr. Duncan also seeks the Court's permission in allowing Pretrial Services Officer Erin Cunningham to grant Mr. Duncan permission to work later as the work schedule requires.

Mr. Duncan's Pretrial Services Officer, Erin Cunningham, has no objection to the requests made herein. Further, the Government has no objection to the requested modification.

Respectfully Submitted,

*Ikiesha Al-Shabazz*
Ikiesha Al-Shabazz, Esq.

11/25/19
So ordered
Sidney H. Stein
U.S.D.J.