USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/22/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA, : 18-Cr-289 (SHS)

-v- :

ORDER

BRYAN DUNCAN, ROBERT LOCUST, and :
RYAN RAINFORD,

:
Defendants.
-------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

IT IS HEREBY ORDERED that:

1. If any of the above defendants object to the government's proposed order of restitution, they shall have one week from the date the government files its submission to file their oppositions; and

2. As to defendant Bryan Duncan, if the defendant objects to the government's proposed order of forfeiture, he shall have two weeks after the government files the proposed order to file his objection.

Dated: New York, New York
January 21, 2020

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.