USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/13/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UNITED STATES OF AMERICA,   :   18-Cr-289 (SHS)

    -against-   :

    ORDER

BRYAN DUNCAN,   :

    Defendant.   :

------------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    In light of the uncertainty concerning the COVID-19 virus, the hearing scheduled for March 19, at 9:30 a.m., is adjourned to March 24, 2020, at 9:30 a.m. The Court notes that the defendant has not informed the Court regarding what witnesses, if any, he intends to call and what exhibits, if any, he intends to introduce [Doc. No. 256].

Dated: New York, New York
       March 13, 2020

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.