USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 18-Cr-289 (SHS) |
| -against- | : | ORDER |
| BRYAN DUNCAN, and ROBERT LOCUST, | : | |
| Defendants. | : | |

------------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

In light of the uncertainty concerning the COVID-19 virus, the sentencing scheduled for Bryan Duncan is adjourned to June 30, 2020, at 2:30 p.m., and the sentencing for Robert Locust is adjourned to June 30, 2020, at 3:00 p.m.

Dated: New York, New York
March 20, 2020

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.