UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

UNITED STATES OF AMERICA,                    :          18-Cr-289 (SHS)

           -v-                               :          ORDER

BRYAN DUNCAN,                                :

                Defendant(s).                :

---------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

        The Court has listened to three separate voicemail messages left today on the chambers'
telephone line.  The Court directs Ms. Al-Shabazz to:

        1.  Contact Mr. Duncan immediately and discuss matters with him;

        2.  Mail or email a copy of this Order to Mr. Duncan; and

        3.  Inform Mr. Duncan that because he is represented by counsel any contact with the Court
must be through his attorney.  He is directed to have no further direct contact with chambers.


Dated:  New York, New York
        May 29, 2020

                                        SO ORDERED

                                        _____
                                        SIDNEY H. STEIN
                                        U.S.D.J.