UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 18-Cr-289 (SHS) |
| -v- | : | <u>ORDER</u> |
| BRYAN DUNCAN, | : | |
| Defendant(s). | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

      The Court is in receipt of Ms. Al-Shabazz's letter dated June 1, 2020, requesting to be relieved as counsel for Bryan Duncan on the grounds that "the attorney-client relationship is irretrievably broken." She also states – twice – that Mr. Duncan has consented to her request. Ms. Al-Shabazz will not be relieved in the absence of successor counsel. It is the intention of this Court to grant her request once a successor counsel has filed a notice of appearance to represent Mr. Duncan in this action.

Dated: New York, New York
       June 2, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.