

**MEMO ENDORSED**

June 24, 2020

Hon. Sidney H. Stein, D.C.J.
Southern District of New York
VIA CM/ECF

    **Re:**          **United States v. Bryan Duncan**
    **Docket #**      **1:18-CR-289**

Dear Judge Stein:

I have been retained to represent Bryan Duncan in the above-referenced matter. I write to respectfully request that the hearing currently scheduled for June 30, 2020 be continued to July 27, 2020 at 11:00 a.m. It appears from the docket that this is the second request to continue this particular hearing, the first being filed on May 26, 2020 by Mr. Duncan's trial counsel. I make this request to allow me time to consult with my client and prepare for the hearing so that I can represent him properly. I have conferred with AUSA Nicholas Folly, who has no objection to this request.

Should Your Honor require any additional information, I will be happy to provide the same. Thank you.

Respectfully Submitted,

Patrick Michael Megaro

CC:
AUSA Nicholas Folly
VIA CM/ECF

**The sentencing is adjourned to July 27, 2020, at 11:00 a.m.**

    **Dated:  New York, New**
    **York June 25, 2020**

SO ORDERED

SIDNEY H. STEIN
U.S.D.J.



www.HalscottMegaro.com
407-255-2164

HalscottMegaro

1300 N Semoran Blvd,
Suite 195
Orlando, Fl 32807