UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 18-cr-289 (SHS) |
| -v- | : | <u>ORDER</u> |
| BRYAN DUNCAN, | : | |
| Plaintiff, | : | |

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    Defendant's attorney Ikiesha Al-Shabazz having filed an application to be relieved as attorney for Bryan Duncan [Doc. No. 278] on June 3, 2020, and Patrick M. Megaro, Esq., having filed a notice of appearance on behalf of defendant Bryan Duncan today,

    IT IS HEREBY ORDERED that defendant's prior attorney, Ikiesha Al-Shabazz, is relieved.

Dated: New York, New York
       June 25, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.