UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 18-Cr-289 (SHS) |
| -v- | : | <u>ORDER</u> |
| BRYAN DUNCAN, | : | |
| Defendant. | : | |

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that there will be a teleconference on Friday, July 10, at 10:00 a.m., to discuss the sentencing conference set for July 27, 2020, at 11:00 a.m.  The parties shall dial 888-273-3658, and enter access code 7004275, to join the teleconference.

Dated: New York, New York
      July 8, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.