UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,              :        18-Cr-289 (SHS)

       -v-                              :        ORDER

BRYAN DUNCAN,                              :

          Defendant.                 :

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

     A status conference having been held today by telephone, with defendant and counsel for all parties attending,

     IT IS HEREBY ORDERED that there will be a teleconference on Friday, July 17, 2020, at 9:00 a.m.  The parties shall dial 888-273-3658, and enter access code 7004275, to join the teleconference.

Dated: New York, New York
     July 10, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.