

MEMO ENDORSED

July 17, 2020

Hon. Sidney H. Stein, D.C.J
United States District Court, SDNY
500 Pearl Street
New York, New York 10007
**VIA CM/ECF**

    Re:        United States v. Bryan Duncan
    Docket #   1:18-CR-00289-SHS

Dear Judge Stein:

I write following our telephone conference today and respectfully request permission to file my argument and exhibits as to restitution and forfeiture under seal. The reason for this request is that my submission will refer to the contents of another sealed document and my submission will contain the names of victims for which the Government seeks forfeiture. The Government indicated that they have no objection to my filing under seal.

For these reasons I respectfully request advance permission to file my restitution and forfeiture submission under seal. Thank you.

Respectfully Submitted,

Patrick Michael Megaro

CC:
AUSA Nicholas Folly
AUSA Alexandra Rothman
AUSA Nicholas Chiucholo

**Application granted.**

Dated: New York, New York
July 17, 2020

SO ORDERED

SIDNEY H. STEIN
U.S.D.J.





www.HalscottMegaro.com
407-255-2164

HalscottMegaro
1300 N Semoran Blvd
Suite 195
Orlando, Fl 32807