UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 18-Cr-289 (SHS) |
| -v- | : | <u>ORDER</u> |
| BRYAN DUNCAN, | : | |
| Defendant. | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    At the request of the U.S. Pretrial Services Officer,

    IT IS HEREBY ORDERED that the defendant's location monitoring bracelet be removed by Pretrial Services prior to his self-surrender at the Metropolitan Correctional Center.

Dated: New York, New York
       October 1, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.