UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA,                     18 Cr. 289 (SHS)

                    v.                              **ORDER**

BRYAN DUNCAN, RYAN RAINFORD,
ROBERT LOCUST

                Defendants
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**Re:**  Bryan Duncan
      c/o FCI Fort Dix
      5756 Hartford St & Pointville Road
      Fort Dix, NJ 08640
      *Registration No.: 85594-054*

        **IT IS HEREBY ORDERED** that the Warden at the Federal Correctional Institute Fort Dix (hereinafter "the facility") produce Bryan Duncan for an in-person deposition to be conducted at the facility on any date convenient for all parties in the matter of <u>Jay Bing v. Myrtle 6 LLC, et. al.</u> filed in New York State Supreme Court, Kings County under index number 519239/2016 (hereinafter the "Bing case") and in furtherance of the So-Ordered Judicial Subpoena Ad Testificandum previously issued by Justice Sherman on or about November 26, 2021 in the Bing case.

        **IT IS FURTHER HEREBY ORDERED** that in addition to the respective attorneys for the parties in the Bing case, a certified Court reporter retained by the attorney for Myrtle 6 LLC is permitted to attend the aforementioned in-person deposition and bring into the facility all necessary court reporter machinery, which may include stenographic equipment for the purpose of the aforementioned deposition.

        **IT IS FURTHER HEREBY ORDERED** that the respective attorneys for the parties in the Bing case may bring into the facility all necessary documents which are required to conduct the aforementioned deposition and shall provide copies of same to the facility in advance of the aforementioned deposition if requested by the facility.

                                              SO ORDERED:

                                              HONORABLE SIDNEY H. STEIN
                                              UNITED STATES DISTRICT JUDGE
                                              Dated: March 7, 2022