UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

   v.

BRYAN DUNCAN and ROBERT LOCUST,

   Defendants.

(S1) 18-cr-289 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge:

  On September 5, 2024, on remand from the U.S. Court of Appeals for the Second Circuit, the Court ordered the parties to address: (1) the number of fraudulent accidents the Kalkanis conspiracy orchestrated during Rainford's and Locust's involvement in the conspiracy for purposes of computing the loss enhancement; (2) an appropriate forfeiture order for Duncan; and (3) reconsideration of Rainford's sentence in the interests of justice. (Dkt. 427). The Court further ordered the parties to confer and attempt to submit agreed upon figures for the Court's consideration as to items 1 and 2. (*Id.*). The Court directed the Government to make its submission on or before November 1, 2024, and the defendants to make their submission on or before November 15, 2024. (*Id.*).

  On September 17, 2024, the Court reappointed attorneys Donna Newman and Clara Kalhous *nunc pro tunc* from August 20, 2024, to represent Rainford on remand from the Second Circuit. (Dkt. 429).

  IT IS HEREBY ORDERED that:

1. David Wikstrom, Esq. is appointed pursuant to the Criminal Justice Act to represent Bryan Duncan regarding the remand by the Second Circuit;

2. Evan L. Lipton, Esq. is appointed pursuant to the Criminal Justice Act to represent Robert Locust regarding the remand by the Second Circuit; and

3. The deadlines for submissions set forth in the Order dated September 5, 2024, are extended as follows: the government's submission is due by January 6, 2025, and the defendants' submission is due by January 20, 2025.

Dated: New York, New York
   October 23, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.