UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

RYAN RAINFORD, BRYAN DUNCAN, and ROBERT LOCUST,

Defendants.

18-Cr-289 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

On August 2, 2024, the United States Court of Appeals for the Second Circuit affirmed the judgments of conviction of defendants Rainford, Duncan, and Locust but remanded for certain factfinding. On October 23, 2024, this Court issued an Order appointing counsel pursuant to the Criminal Justice Act for the defendants in connection with the proceedings on remand. (ECF No. 432.) After several adjournments, defendants' submissions were due on February 20, 2025. (ECF No. 436.) The Court has received Rainford's submission (ECF No. 446) and has granted an adjournment to Duncan. (ECF Nos. 445, 450.) The Court, however, has not received any submission or other filing from Locust.

In its October 23 Order, the Court appointed Evan L. Lipton, Esq. as counsel for Locust. Because the Court has not received any submission or other correspondence from Lipton, the Court directs Evan L. Lipton to explain his default by March 19, 2025.

Dated: New York, New York
       March 12, 2025

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.