UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

BRYAN DUNCAN,

          Defendant.

18-Cr-289 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

    On August 2, 2024, the United States Court of Appeals for the Second Circuit affirmed the judgment of conviction of defendant Bryan Duncan but vacated his forfeiture order and remanded with instructions for this Court to impose a forfeiture order based upon sufficient evidentiary support. *United States v. Rainford*, 110 F.4th 455 (2d Cir. 2024). The Court thereafter ordered the parties to propose an appropriate forfeiture order. (ECF No. 427.) The Court has now received the parties' submissions. (ECF Nos. 443, 453.)

    Accordingly, IT IS HEREBY ORDERED:

1. The Court will hold an evidentiary hearing to determine the proper amount of forfeiture for Duncan on Monday, June 16, 2025 at 11:00am in Courtroom 23A in the United States Courthouse, 500 Pearl Street, New York, NY 10007.

2. The parties are directed to exchange and provide to the Court their witness lists and any exhibit(s) to be introduced at the hearing on or before Thursday, June 12, 2025.

Dated: New York, New York
        May 27, 2025

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.