UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

UNITED STATES OF AMERICA      :      **ORDER**

                              -v.-      :      18 CR 289 (SHS)

BRYAN DUNCAN,      :

        Defendant.      :

-------------------------------------------------------------- X

IT IS HEREBY ORDERED that:

1. The date for the exchange of exhibits and witness lists between the parties is extended to June 24, 2025; and

2. The hearing is adjourned to July 11, 2025, at 10:30 a.m.

Dated: New York, New York
June 5, 2025

SO ORDERED;

_____
Honorable Sidney H. Stein
United States District Judge
Southern District of New York